No. 10064. PETITION OF WILBURN A. NELSON.
343 Pac. (2d) 564.
Decided Sept. 1, 1959.
Per Curiam.
Original proceeding brought by Wilburn A. Nelson, an inmate of the Montana State Prison.
His petitions for relief are denied and the proceeding is dismissed.
MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES ADAIR, BOTTOMLY and CASTLES, concur.

No. 10078. In re PETITION OF WILEY BLAKESLEE.
343 Pac. (2d) 564.
Decided Sept. 1, 1959.

Per Curiam.
Original proceeding. The petition of Wiley Blakeslee, an inmate of the state prison, for the issuance of a Writ of Coram Nobis or other relief, is denied, but without prejudice to his right to apply to the District Court of the Third Judicial District of the State of Montana wherein he was convicted, or to any other appropriate district or trial court in this state for the relief here sought in this, an Appellate Court.
MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES CASTLES, BOTTOMLY, ANGSTMAN and ADAIR, concur.